# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

MICHAEL SCRIVNER,

    Plaintiff

**V.**                                Case No. 05-3176-CV-S-RED-p

MIKE KEMNA, et al,

    Defendants

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: this case is dismissed, with prejudice, for failure to state a claim upon which relief may be granted(RED)(dw)

Entered on: 6/7/05

                                                          P.L. BRUNE
                                                          CLERK OF COURT

                                                          D.M. WEINZERL
                                                          (By) Deputy Clerk